**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In Re* NO SURPRISES ACT CASES | Civil Action Nos. listed in attached Schedule A<br><br>**STAY AND ADMINISTRATIVE TERMINATION ORDER** |

**WHEREAS** hundreds of actions are currently pending in this Court in which plaintiffs seek to enforce Independent Dispute Resolution awards pursuant to the No Surprises Act ("NSA"), 42 U.S.C. §§ 300gg-111 *et seq*., against various insurer defendants;

**WHEREAS** the Court, in several opinions, has found that there is no private right of action under the NSA and has thus dismissed plaintiffs' NSA claims. *See, e.g.*, *Modern Orthopaedics of NJ v. Premera Blue Cross*, No. 2:25-cv-1087 (BRM), 2025 WL 3063648 (D.N.J. Nov. 3, 2025); *Freeman Pain Inst. P.A. v. Horizon Blue Cross Blue Shield of N.J.*, No. 2:25-cv-02507 (SRC), 2025 WL 3268289 (D.N.J. Nov. 24, 2025); *Mitchell F. Reiter MD PC v. Horizon Blue Cross Blue Shield of N.J.*, No. 2:25-cv-12526 (WJM), 2025 WL 3514300 (D.N.J. Dec. 8, 2025);

**WHEREAS** in light of these opinions dismissing NSA claims, plaintiffs have amended or intend to amend their complaints to assert, in lieu of NSA claims, claims for unjust enrichment and/or ERISA benefits pursuant to 29 U.S.C. § 1132(a)(1)(B);

**WHEREAS** defendants intend to seek dismissal of the newly asserted unjust enrichment and ERISA claims;

**WHEREAS** a motion to dismiss claims for unjust enrichment and/or ERISA benefits will be fully briefed shortly in *Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company*, No. 2:25-cv-15053 (BRM) (MAH) (the "Lead Case");

**WHEREAS** nearly all parties in the cases listed in Schedule A agree that it would be most efficient for the Court and the parties to await the Court's ruling on the motion to dismiss in the Lead Case before continuing to litigate the remainder of the pending actions;[1] therefore, with the

---

[1] Of the approximately fifty defendants from which the Court solicited consent to entry of this Order, only two have voiced objection: (1) defendant EVHC objects to administrative termination of *Neuromon Professionals, LLC v. EVHC*, No. 2:25-cv-06131 (JKS); and (2) defendant Nippon Life Insurance Company objects to administrative termination of *East Coast Plastic Surgery,*

consent of all parties in the cases listed in the attached Schedule A (excepting those identified in footnote 1), and for good cause shown:

**IT IS, on this 16th day of January 2026,**

**ORDERED** that the actions listed in the attached Schedule A and any pending motions in those actions are hereby stayed and administratively terminated without prejudice pending the adjudication of the motion to dismiss in the Lead Case; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that any action in Schedule A be reopened and restored to the Court's active docket after the Court's adjudication of the motion to dismiss in the Lead Case; and it is further

**ORDERED** that any other pending actions and actions filed in this Court after the date of this Order of the same nature as the cases in Schedule A shall be subject to stay and administrative termination under the terms of this Order.

Hon. Renée Marie Bumb
Chief United States District Judge

*PLLC PA v. Nippon Life Insurance Company of America*, No. 3:25-cv-02572 (ZNQ). In the interests of judicial and party efficiency, and given the Court's inherent right to manage its dockets, defendants' objections to entry of this Order are overruled.

**SCHEDULE A**

| DOCKET NUMBER | CASE CAPTION |
|---|---|
| 1:25-cv-05906-RMB-EAP | Evan D O'Brien MD PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 1:25-cv-15049-ESK-EAP | Evan D. O'Brien MD PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 1:25-cv-15430-CPO-MJS | Comprehensive Pain Solutions v. Horizon Blue Cross Blue Shield of New Jersey |
| 1:25-cv-15749-CPO-MJS | Comprehensive Pain Solutions v. Horizon Blue Cross Blue Shield |
| 1:25-cv-15845-RMB-MJS | Evan D. O'Brien MD PC v. Marpai Health |
| 1:25-cv-16833-KMW-EAP | Advanced Vascual Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 1:25-cv-17066-CPO-EAP | Pemier Orthopaedic Spine Associates, LLC v. Aetna Life Insurance Company |
| 2:24-cv-08252-BRM-CF | North East Neurological Assoc. v. Independent Care Group Plus |
| 2:24-cv-11269-MCA-JRA | Neuromon Professionals, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:24-cv-11472-MEF-CF | Mazen Itani MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:24-cv-11492-CCC-CF | Elite Neurophysiology, LLC v. Zelis |
| 2:25-cv-00344-JXN-JBC | East Coast Plastic Surgery, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-00528-BRM-AME | William K. Boss MD v. United Healthcare-Oxford |
| 2:25-cv-00631-JXN-MAH | Rowe Plastic Surgery of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-00977-SDW-JSA | Northeast Neurosurgical Assoc. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01077-EP-JSA | Neuromon Professionals LLC v. United Healthcare Service LLC |
| 2:25-cv-01168-ES-AME | Jeremiah Redstone, M.D. PC v. Aetna Life Insurance Company |
| 2:25-cv-01265-CCC-LDW | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01372-ES-CF | Modern Orthopaedics of New Jersey v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01378-CCC-AME | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01389-MEF-JRA | Modern Orthopaedics of New Jersey v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01581-JKS-AME | Modern Orthopaedics of New Jersey v. Cigna Healthcare |
| 2:25-cv-01636-SRC-SDA | IPM and Ortho-Spine Center, LLC v. Aetna |
| 2:25-cv-01664-CCC-JBC | Modern Orthopaedics of New Jersey v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-01744-MEF-JBC | Jeremiah Redstone MD v. Aetna |
| 2:25-cv-01747-JXN-JSA | Elite Neurophysiology LLC v. Aetna Life Insurance Company |
| 2:25-cv-01752-JXN-CF | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01793-MEF-MAH | Affinity Surgical Associates, LLC v. United Healthcare Insurance Company |
| 2:25-cv-01825-SDW-LDW | Jeremiah Redstone, MD PC v. Aetna Life Insurance Company |
| 2:25-cv-01838-BRM-AME | Harris Sterman MD LLC v. Aetna |
| 2:25-cv-01875-BRM-LDW | Harris Sterman MD LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01974-MCA-JBC | Neurophysiologic Interpretive Medicine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-01989-JXN-JRA | Rowe Plastic Surgery of NJ, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02045-CCC-LDW | Premier Brain and Spine, LLC v. United Healthcare |
| 2:25-cv-02057-MCA-JSA | IPM and Ortho-Spine Center LLC v. Meritain Health |
| 2:25-cv-02059-BRM-JRA | Elite Orthopedics and Sports Medicine, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02081-JKS-AME | IPM and Ortho-Spine Center LLC v. Emblem Health (GHI) |
| 2:25-cv-02114-SDW-JBC | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02147-MCA-JSA | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02243-MEF-MAH | IPM and Ortho-Spine Center, LLC v. Aetna |
| 2:25-cv-02244-BRM-JBC | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02266-SDW-SDA | Palisade Plastic Surgery v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02289-ES-JRA | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02557-JXN-JSA | Neurospine Plus, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02758-MCA-AME | IPM and Ortho-Spine Center LLC v. Aetna |
| 2:25-cv-02813-SDW-MAH | Art Plastic Surgery v. Cigna Healthcare |
| 2:25-cv-02837-MCA-JSA | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02912-JXN-CF | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-02933-CCC-MAH | Pediatric Surgical Associates, P.A. v. Aetna |
| 2:25-cv-02942-SDW-CF | Mehling Orthopedics, LLC v. United Healthcare |
| 2:25-cv-02986-CCC-SDA | Amit V Patel MD v. Aetna Life Insurance Company |

| | |
|---|---|
| 2:25-cv-03198-KSH-AME | Jeremiah Redstone, MD PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-03659-JKS-JRA | IPM and Ortho-Spine Center LLC v. Aetna Life Insurance Company |
| 2:25-cv-03707-BRM-JSA | Neurosurgical Associates of NJ PC v. Cigna Health and Life Insurance Company |
| 2:25-cv-03741-ES-JBC | Premier Brain and Spine LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-03762-ES-CF | Neurospine Plus, LLC v. Aetna |
| 2:25-cv-03764-WJM-JBC | Elizabeth Falco RNFA v. United Healthcare Insurance Company |
| 2:25-cv-03818-EP-AME | Northeast Neurosurgical Associates v. Zelis |
| 2:25-cv-03823-ES-MAH | Freeman Pain Institute, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-03863-MEF-MAH | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-03919-JXN-JRA | Neuromon Professionals, LLC v. Cigna Health and Life Insurance Company |
| 2:25-cv-04146-JXN-SDA | Jeremiah Redstone MD v. Cigna Health and Life Insurance Company |
| 2:25-cv-04171-BRM-JSA | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04173-BRM-MAH | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04181-EP-AME | Northeast Neurosurgical Associates v. Cigna Health and Life Insurance Company |
| 2:25-cv-04190-MCA-JRA | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04208-SDW-AME | IPM and Ortho-Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04233-JXN-MAH | Mark R Drzala MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04256-CCC-SDA | IPM and Ortho-Spine Center, LLC v. Emblem Health (GHI) |
| 2:25-cv-04764-KSH-JBC | Neuromon Professionals, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-04851-ES-AME | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-05093-KSH-MAH | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-05128-MCA-AME | IPM and Ortho-Spine Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-05610-MEF-SDA | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-05952-JXN-CF | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-05969-SDW-JRA | Neurospine Plus, LLC v. Aetna Life Insurance Company |
| 2:25-cv-05997-MCA-JSA | Harris Sterman, MD LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-06112-BRM-CF | Elite Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-06131-JKS-MAH | Neuromon Professionals, LLC v. EVHC |
| 2:25-cv-06248-MEF-AME | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-06444-BRM-JBC | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-07135-KSH-LDW | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-07136-JXN-SDA | Garden State Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-07219-CCC-JRA | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-07500-MCA-JSA | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-08799-BRM-JRA | Interventional Spine & Surgery Group v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-10890-CCC-JRA | Interventional Neuro Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-11964-JKS-JBC | Northeast Neurosurgical Assoc. v. Cigna Health and Life Insurance Company |
| 2:25-cv-11968-ES-AME | Paramus Hand Surgery v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12035-MEF-LDW | Cross County Orthopedics PC v. Meritain Health |
| 2:25-cv-12064-ES-JBC | Mazen Itani MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12131-JXN-MAH | Neuro Alert Monitoring Services PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12136-JXN-SDA | The Painless Center v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12317-BRM-JSA | Andrea Cacciarelli, MD v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12375-EP-LDW | Mark R. Drzala MD PC v. Cigna |
| 2:25-cv-12430-CCC-MAH | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12475-MEF-LDW | Mark R Drzala MD, PC v. Aetna Life Insurance Company |

| | |
|---|---|
| 2:25-cv-12617-MCA-JSA | Coastal Pediatric Ortho v. Cigna Health and Life Insurance Company |
| 2:25-cv-12654-ES-JBC | Neuromon Professionals LLC v. United Healthcare Insurance Company |
| 2:25-cv-12664-KSH-JBC | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12707-MCA-JSA | Elite Neurophysiology LLC v. Allegiance Benefit Plan Management, Inc. |
| 2:25-cv-12711-MEF-JSA | Landa Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12750-JXN-JSA | Interventional Neuro Associates (Jeffrey Farkas, M.D. LLC) v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12763-BRM-MAH | Mark R. Drzala, M.D. PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12774-CCC-JBC | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12833-SDW-MAH | Complete Medical Wellness LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-12985-ES-LDW | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13249-SDW-JRA | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13263-ES-MAH | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13504-EP-JBC | Amer Institute of Othopaedics, LLC v. Aetna Life Insurance Company |
| 2:25-cv-13516-JXN-SDA | Edison Spine Center LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13548-WJM-AME | Comprehensive Pain Solutions v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13549-JXN-JRA | JWP Medical Services, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13561-CCC-SDA | Caprice Monitoring Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13570-SDW-JSA | Elite Orthopedics and Sports Medicine, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13590-JXN-JRA | Englewood Knee and Sports Medicine, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13663-JKS-MAH | Healthspine and Anesthesia Institute LLC v. UMR |
| 2:25-cv-13671-SRC-JSA | Neurophysiologic Interpretive Specialists, LLC v. Aetna, Inc. et al |
| 2:25-cv-13697-BRM-JSA | Medical and Wellness Practice PLLC v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-13814-CCC-JBC | Elite Orthopedics and Sports Medicine v. Aetna Life Insurance Company |
| 2:25-cv-13822-MCA-CF | Central Jersey Neurophysiology v. Aetna Life Insurance Company |
| 2:25-cv-13853-MCA-MAH | Prime Neuro Spine Institute v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13866-MEF-SDA | Hassan Medical Pain Relief v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13883-MCA-MAH | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13925-JXN-LDW | Brenner Dmitriy v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-13995-JKS-LDW | Sixth Borough Medical, LLC v. Aetna Life Insurance Company |
| 2:25-cv-14068-SDW-AME | Elite Neurophysiology LLC v. Aetna Life Insurance Company |
| 2:25-cv-14070-JXN-JSA | Kings Anesthesia v. Aetna Life Insurance Company |
| 2:25-cv-14081-BRM-AME | Sun Orthopaedic and Spine Care v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14088-MEF-AME | Pediatric Surgical Associates, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14090-ES-JRA | Yi-Horng Lee MD LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14135-WJM-LDW | Elizabeth Falco, RNFA v. Cigna Health and Life Insurance Company |
| 2:25-cv-14159-JXN-JRA | Englewood Knee and Sports Medicine PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14186-EP-SDA | Elite Neurophysiology, LLC v. Aetna Life Insurance Company |
| 2:25-cv-14192-SRC-CF | MAM Orthopaedics, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14196-MEF-SDA | Hassan Medical Pain Relief v. Aetna Life Insurance Company |
| 2:25-cv-14199-SRC-JRA | Freeman Pain Institute P.A. DBA Redefine Healthcare v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14232-JXN-CF | Englewood Knee and Sports Medicine, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14235-EP-LDW | Prime Neuro Spine Institute v. United Healthcare Insurance Company |
| 2:25-cv-14249-WJM-JRA | Elite Neurophysiology LLC v. UMR, Inc. |
| 2:25-cv-14271-KSH-JSA | Garden State Pain Management v. Aetna Life Insurance Company |
| 2:25-cv-14288-MCA-AME | Englewood Knee and Sports Medicine, PC v. UMR |
| 2:25-cv-14290-SDW-JRA | Collegiate Orthopaedics and Sports Medicine Institute, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14293-MCA-MAH | Complete Medical Wellness LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14295-BRM-LDW | Garden State Pain Management v. United Healthcare Insurance Company |

| | |
|---|---|
| 2:25-cv-14319-KSH-JRA | Guardian Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14327-JKS-JSA | Metropolitan Neurosurgery Associates v. Aetna Life Insurance Company |
| 2:25-cv-14349-JXN-JRA | Neuromon Professionals LLC v. United Healthcare Insurance Company |
| 2:25-cv-14351-MEF-MAH | Neurospine Plus, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14406-ES-SDA | Central Jersey Neurophysiology v. Cigna Health and Life Insurance Company |
| 2:25-cv-14418-JXN-AME | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14580-EP-AME | Healthspine and Anesthesia Institute LLC v. Aetna Life Insurance Company |
| 2:25-cv-14599-MCA-JRA | Interventional Spine & Surgery Group v. Aetna Life Insurance Company |
| 2:25-cv-14611-SRC-SDA | Englewood Knee and Sports Medicine, PC v. Nippon Life Benefits |
| 2:25-cv-14642-CCC-CF | Preferred Pediatric Orthopedic Surgery v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14643-MEF-MAH | Complete Medical Wellness, LLC v. Meritain Health, Inc. |
| 2:25-cv-14651-MEF-SDA | Progressive Spine and Orthopedics v. Aetna Life Insurance Company |
| 2:25-cv-14693-BRM-MAH | Interventional Spine & Surgery Group, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14705-ES-LDW | Englewood Knee and Sports Medicine PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14728-WJM-AME | Rowe Plastic Surgery of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14731-KSH-MAH | Collegiate Orthopaedics and Sports Medicine Institute v. Aetna Life Insurance Company |
| 2:25-cv-14745-SDW-LDW | Cross County Orthopedics v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14747-JXN-JSA | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14767-BRM-JSA | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14773-JKS-MAH | Sheref Hassan, MD v. Meritain Health |
| 2:25-cv-14810-SDW-AME | Progressive Spine and Orthopedics v. Aetna Life Insurance Company |
| 2:25-cv-14844-MCA-JBC | MTB First Assist LLC v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-14853-SDW-MAH | Elizabeth Falco RNFA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14860-ES-SDA | Freeman Pain Institute P.A. DBA Redefine v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14864-KSH-JBC | Keen Neurophysiology LLC v. Aetna Life Insurance Company |
| 2:25-cv-14866-MEF-SDA | Sood Medical Practice v. Aetna Life Insurance Company |
| 2:25-cv-14885-JXN-LDW | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14887-BRM-JSA | Elite Neurophysiology LLC v. Aetna Life Insurance Company |
| 2:25-cv-14899-ES-JRA | Rowe Plastic Surgery of Long Island, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-14922-EP-CF | Samra Plastic and Reconstructive Surgery v. Local 272 Welfare Fund |
| 2:25-cv-14930-EP-MAH | Neuromon Professionals LLC v. United Healthcare Insurance Company |
| 2:25-cv-14936-JKS-SDA | Prime Neuro Spine Institute v. Independence Blue Cross |
| 2:25-cv-14942-EP-CF | East Coast Plastic Surgery PLLC v. Aetna Life Insurance Company |
| 2:25-cv-14988-JKS-AME | Norman M Rowe MD of New Jersey LLC v. Aetna Life Insurance Company |
| 2:25-cv-14989-JKS-JRA | Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company |
| 2:25-cv-15052-CCC-CF | East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company |
| 2:25-cv-15058-MCA-AME | Rowe Plastic Surgery of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15072-ES-CF | North Jersey Orthopaedics & Sports Medicine v. Cigna Health and Life Insurance Company |
| 2:25-cv-15076-SDW-SDA | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15089-BRM-JRA | East Coast Plastic Surgery PLLC PA v. Cigna Health and Life Insurance Company |
| 2:25-cv-15092-SDW-CF | Elite Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15093-MEF-MAH | Prime Neuro Spine Institute v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15131-SDW-MAH | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15146-JXN-SDA | Rowe Plastic Surgery of New Jersey LLC v. National Association of Letter Carriers Health Benefit Plan |
| 2:25-cv-15148-BRM-AME | Prime Neuro Spine Institute v. Independence Blue Cross Blue Shield |

| | |
|---|---|
| 2:25-cv-15157-CCC-JSA | Rowe Plastic Surgery of NJ, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15218-CCC-AME | North Jersey Orthopaedics and Sports Medicine v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15221-MCA-CF | Elite Neurophysiology LLC v. Meritain Health |
| 2:25-cv-15225-MEF-LDW | Landa Spine MMB v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15239-ES-JRA | Neuromon Professionals, LLC v. Aetna Life Insurance Company |
| 2:25-cv-15258-SRC-AME | Central Jersey Neurophysiology v. Horizon Blue Cross Blue Shield |
| 2:25-cv-15306-WJM-SDA | Hand Nerve Microsurgery v. Cigna Health and Life Insurance Company |
| 2:25-cv-15361-CCC-SDA | Northeast Neurosurgical Associates v. Anthem Blue Cross Blue Shield |
| 2:25-cv-15363-JXN-MAH | Interventional Neuro Associates v. Emblem-GHI |
| 2:25-cv-15369-KSH-JRA | Rowe Plastic Surgery of NJ, LLC v. Aetna Life Insurance Company |
| 2:25-cv-15377-JKS-JSA | Caroline Szpalski PC v. Aetna Life Insurance Company |
| 2:25-cv-15383-ES-MSA | Elite Orthopedics and Sports Medicine PA v. Aetna Life Insurance Company |
| 2:25-cv-15398-MEF-AME | Rowe Plastic Surgery of NJ LLC v. Meritain Health |
| 2:25-cv-15406-MCA-SDA | Patel v. Cigna Health and Life Insurance Company |
| 2:25-cv-15417-SDW-JSA | Central Jersey Neurophysiology v. Aetna Life Insurance Company |
| 2:25-cv-15425-SDW-LDW | Amit V. Patel, M.D. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15428-EP-AME | Soto v. Cigna Health and Life Insurance Company |
| 2:25-cv-15458-EP-AME | East Coast Aesthetic Surgery NJ v. Aetna |
| 2:25-cv-15463-MEF-MAH | Amit V. Patel, MD v. Aetna Life Insurance Company |
| 2:25-cv-15503-EP-MAH | Northeast Neurosurgical Associates v. Cigna Health and Life Insurance Company |
| 2:25-cv-15507-CCC-JSA | Mark R. Drzala MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15510-WJM-AME | Sidney Rabinowitz, M.D. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15511-JXN-SDA | Neurosurgical Associates of NJ, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15512-MEF-CF | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15611-JXN-SDA | Surg-Elite PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15639-SRC-JRA | Complete Medical Wellness, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15659-MEF-JRA | Complete Medical Wellness, LLC v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-15670-SDW-JSA | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15674-BRM-JBC | Harris Sterman, MD LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15694-ES-JBC | IGEA Brain and Spine, P.A. v. United Healthcare Insurance Company |
| 2:25-cv-15695-MCA-LDW | Englewood Knee and Sports Medicine PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15696-ES-SDA | Elite Orthopedics and Sports Medicine, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15697-SDW-JSA | Elite Orthopedics and Sports Medicine, P.A. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15698-MEF-AME | Hand Nerve Microsurgery PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15699-BRM-JRA | Mark R Drzala MD, PC v. Independence Blue Cross |
| 2:25-cv-15741-MCA-JBC | NU Spine LLC v. Aetna Life Insurance Company |
| 2:25-cv-15766-SRC-SDA | Elizabeth Falco RNFA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15778-CCC-AME | Hand Nerve Microsurgery v. United Healthcare Insurance Company |
| 2:25-cv-15800-SDW-AME | Ilya Kupershtein, M.D. PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15861-ES-SDA | James M. Lee Jr. MD PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15874-KSH-JBC | East Coast Aesthetic Surgery NJ v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15884-MCA-JBC | Neurosurgical Associates of NJ, PC v. Cigna Health and Life Insurance Company |
| 2:25-cv-15915-SDW-LDW | Elite Orthopedics and Sports Medicine v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15968-BRM-AME | Elite Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15985-JXN-LDW | Surg-Elite PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15995-KSH-LDW | North East Neurosurgical Assoc. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15996-WJM-SDA | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-15997-SRC-JSA | Rowe Plastic Surgery of NJ v. Aetna Life Insurance Company |
| 2:25-cv-16008-SDW-AME | Mehling Orthopedics, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16012-CCC-CF | Norman M. Rowe M.D. of New Jersey, LLC v. Aetna Life Insurance Company |

| | |
|---|---|
| 2:25-cv-16014-MEF-JBC | Neurosurgical Associates of NJ v. Cigna Health and Life Insurance Company |
| 2:25-cv-16016-EP-SDA | Neuromon Professionals LLC v. United Healthcare Insurance Company |
| 2:25-cv-16022-BRM-CF | North Jersey Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16023-BRM-MAH | Spine and Trauma Institute v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16025-SDW-LDW | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16070-ES-JSA | Neuromon Professionals LLC v. Aetna Life Insurance Company |
| 2:25-cv-16071-EP-JSA | Norman M Rowe M.D. of New Jersey LLC v. Aetna Life Insurance Company |
| 2:25-cv-16072-CCC-CF | Premier Brain and Spine LLC v. Meritain Health |
| 2:25-cv-16074-MEF-JBC | Sood Medical Practice, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16075-CCC-LDW | Mehling Orthopedics v. United Healthcare Insurance Company |
| 2:25-cv-16077-SDW-JSA | Premier Brain and Spine LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16078-JKS-AME | Sood Medical Practice LLC v. Aetna Life Insurance Company |
| 2:25-cv-16107-SDW-JSA | Preferred Pediatric Orthopedic Surgery v. Aetna Life Insurance Company |
| 2:25-cv-16108-BRM-AME | Mehling Orthopedics, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16117-ES-JSA | Mark R Drzala MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16129-JXN-JRA | Urquhart Orthopedic Associates, P.A. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16130-WJM-MAH | Surg Elite PC v. Cigna Health and Life Insurance Company |
| 2:25-cv-16131-KSH-MAH | Surg Elite PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16133-MCA-MAH | Spine & Trauma Institute v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16140-MCA-JBC | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16144-MEF-JBC | Comprehensive Pain Solutions v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16153-WJM-MAH | Rowe Plastic Surgery of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16158-ES-AME | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16166-BRM-SDA | Neurospine Plus, LLC v. Aetna Life Insurance Company |
| 2:25-cv-16168-KSH-AME | Complete Medical Wellness LLC v. Aetna Life Insurance Company |

| | |
|---|---|
| 2:25-cv-16181-MCA-AME | Harris Sterman MD LLC v. United Healthcare Insurance Company |
| 2:25-cv-16192-MCA-CF | Mark Drzala, MD, PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16221-SRC-CF | Northeast Neurosurgical Associates, LLC v. Aetna Life Insurance Company |
| 2:25-cv-16222-JKS-CF | IGEA Brain and Spine, PA v. Aetna Life Insurance Company |
| 2:25-cv-16223-JKS-MAH | Union County Neurosurgical Associates PA v. Aetna Life Insurance Company |
| 2:25-cv-16226-WJM-SDA | Northeast Neurosurgical Associates v. The Loomis Company |
| 2:25-cv-16231-JXN-MAH | Mark R Drzala, PC v. United Healthcare Insurance Company |
| 2:25-cv-16237-CCC-JSA | Mehling Orthopedics, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16238-EP-AME | Norman M. Rowe M.D. v. Aetna Life Insurance Company |
| 2:25-cv-16258-CCC-AME | Elizabeth Falco RNFA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16282-JXN-CF | Sood Medical Practice v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16302-ES-CF | Interventional Spine & Surgery Group v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16304-BRM-JBC | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16329-EP-JRA | University Spine Center v. Aetna Life Insurance Company |
| 2:25-cv-16343-ES-MAH | IGEA Brain and Spine PA v. Meritain Health |
| 2:25-cv-16358-WJM-AME | University Spine Center v. Amerihealth Administrators |
| 2:25-cv-16391-ES-JRA | Interventional Spine & Surgery Group v. Aetna Life Insurance Company |
| 2:25-cv-16401-SRC-JBC | Pediatric Surgical Associates, PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16402-SDW-CF | Urquhart Orthopedic Associates, P.A. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16413-JXN-MAH | Interventional Neuro Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16541-CCC-JBC | Caprice Monitoring Associates v. Aetna Life Insurance Company |
| 2:25-cv-16560-CCC-SDA | Gregory Rauscher, MD v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16565-BRM-LDW | Jeffrey Farkas, MD, LLC d/b/a Interventional Neuro Associates v. UMR |
| 2:25-cv-16566-SDW-SDA | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16596-WJM-SDA | Mark R. Drzala MD PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16597-MEF-JSA | IGEA Brain and Spine, PA v. Meritain Health |

| | |
|---|---|
| 2:25-cv-16603-MCA-MAH | Mehling Orthopedics, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16617-JKS-JSA | Jeremiah Redstone, MD, PC v. Elevance F/K/A Anthem |
| 2:25-cv-16761-SDW-SDA | Healthspine and Anesthesia Institute LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16785-JKS-LDW | Norman M Rowe MD of New Jersey LLC v. Aetna Life Insurance Company |
| 2:25-cv-16835-EP-LDW | Northeast Neurosurgical Associates v. American Plan Administrators |
| 2:25-cv-16843-MCA-MAH | Art Plastic Surgery v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16860-JXN-SDA | Garden State Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16883-ES-MAH | North American Spine and Pain Institute v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16886-ES-SDA | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16900-KSH-JRA | Rowe Plastic Surgery of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16903-CCC-MAH | Ilya Kupershtein v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16919-EP-JRA | Neurosurgical Associates of NJ v. Cigna Health and Life Insurance Company |
| 2:25-cv-16920-MEF-CF | Mazen Itani, MD PC v. Cigna Health and Life Insurance Company |
| 2:25-cv-16924-BRM-JBC | Neuromon Professionals LLC v. United Healthcare Insurance Company |
| 2:25-cv-16927-MEF-JSA | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16937-SDW-JSA | Urquhart Orthopedic Associates, P.A. v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16944-WJM-JBC | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey et al |
| 2:25-cv-16946-SDW-SDA | Interventional Spine & Surgery Group v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16948-EP-AME | University Spine Center v. Amerihealth Administrators |
| 2:25-cv-16967-CCC-JSA | Comprehensive OBGYN v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16979-JXN-JRA | East Coast Plastic Surgery PLLC PA v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-16986-ES-SDA | NU Spine, LLC v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 2:25-cv-17005-MEF-LDW | Dr. Damian Havriliak v. Cigna Health and Life Insurance Company |
| 2:25-cv-17052-MCA-CF | Douglas Spiel MD v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17054-SDW-JBC | Robert F. Heary V. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17060-BRM-SDA | Pediatric Surgical Associates, PA v. Independence Blue Cross |
| 2:25-cv-17069-MCA-JRA | Norberto Soto MD v. Independence Blue Cross |
| 2:25-cv-17102-BRM-CF | Sood Medical Practice LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17144-KSH-JBC | Neurosurgical Associates of NJ PC v. Cigna Health and Life Insurance Company |
| 2:25-cv-17174-MCA-JBC | Lorelle Michelson, MD v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17246-JXN-SDA | Mazen Itani MD PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17252-SRC-CF | Northern Center for Plastic Surgery v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17262-JXN-CF | Union Anesthesia & Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17292-JXN-CF | Falco v. ILA Local 1478-2 Welfare Fund |
| 2:25-cv-17303-CCC-MAH | Scherl Orthopedics v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17676-JKS-SDA | University Spine Center v. United Healthcare Insurance Company |
| 2:25-cv-17681-SRC-AME | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 2:25-cv-17844-MCA-JBC | Northeast Neurosurgical Associates v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-01637-GC-JTQ | Orthopaedic Sports Medicine v. Cigna - Sifnigica Benefit Services LLC |
| 3:25-cv-02231-GC-JBD | Orthopaedic Spine Specialist of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-02351-ZNQ-JTQ | Hassan Medical Pain Relief v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-02572-ZNQ-JTQ | East Coast Plastic Surgery, PLLC PA v. Nippon Life Insurance Company of America |
| 3:25-cv-03082-MAS-RLS | Primary Pain Consultants, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-05384-RK-JTQ | Interventional Pain Management v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-05978-RK-JTQ | VIP Plastic Surgery, LLC v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 3:25-cv-05991-ZNQ-RLS | Neuromon Professionals v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-06635-GC-TJB | Elite Neurophysiology, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-07131-ZNQ-JBD | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-07149-ZNQ-JBD | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-11958-GC-RLS | Coastal Pediatric Ortho v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-12062-RK-JTQ | Elite Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-12542-GC-TJB | VIP Plastic Surgery, LLC v. Aetna Life Insurance Company |
| 3:25-cv-12752-MAS-RLS | Hassan v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-13080-ZNQ-JTQ | Samra Plastic and Reconstructive Surgery v. Aetna Life Insurance Company |
| 3:25-cv-13812-ZNQ-RLS | Samra Plastic and Reconstructive Surgery v. Aetna Life Insurance Company |
| 3:25-cv-14053-ZNQ-JBD | Neuromon Professionals v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-14151-ZNQ-RLS | Elite Neurophysiology, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-14278-GC-TJB | GPS of New Jersey MD PC v. Aetna Life Insurance Company |
| 3:25-cv-14632-ZNQ-JTQ | GPS of New Jersey Md PC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-14679-MAS-TJB | Samra Plastic and Reconstructive Surgery v. Aetna Life Insurance Company |
| 3:25-cv-14812-RK-JTQ | Elite Neurophysiology LLC v. United Healthcare Insurance Company |
| 3:25-cv-14918-MAS-RLS | Neuromon Professionals LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-14923-ZNQ-RLS | Samra Plastic and Reconstructive Surgery v. Amerihealth |
| 3:25-cv-15055-MAS-JTQ | East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company |
| 3:25-cv-15074-ZNQ-JBD | East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company |
| 3:25-cv-15077-ZNQ-RLS | East Coast Plastic Surgery PLLC PA v. United Healthcare Insurance Company |
| 3:25-cv-15167-RK-RLS | Coastal Pediatric Ortho v. United Healthcare Insurance Company |
| 3:25-cv-15217-MSA-RLS | East Coast Plastic Surgery PLLC PA v. Nippon Life Insurance Company of America |

| | |
|---|---|
| 3:25-cv-15250-MAS-RLS | East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company |
| 3:25-cv-15412-GC-JTQ | East Coast Plastic Surgery, PLLC PA v. Meritain Health |
| 3:25-cv-15453-GC-JBD | East Coast Plastic Surgery PLLC v. UMR |
| 3:25-cv-15618-ZNQ-TJB | Mid Atlantic Orthopedic Associates v. Aetna Life Insurance Company |
| 3:25-cv-15668-RK-TJB | East Coast Plastic Surgery, PLLC PA v. Independence Blue Cross |
| 3:25-cv-15730-MAS-RLS | VIP Plastic Surgery, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-15835-ZNQ-JBD | East Coast Plastic Surgery PLLC v. Aetna Life Insurance Company |
| 3:25-cv-15893-ZNQ-JBD | Samra Plastic and Reconstructive Surgery v. Aetna Life Insurance Company |
| 3:25-cv-16019-MSA-TJB | Rowe Plastic Surgery of NJ, LLC v. Aetna Life Insurance Company |
| 3:25-cv-16234-MAS-JTQ | NJ Advanced Surgical Solutions v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16247-ZNQ-JTQ | Elite Neurophysiology LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16275-GC-TJB | VIP Plastic Surgery, LLC v. Blue Cross Blue Shield of Massachusetts |
| 3:25-cv-16305-RK-RLS | Orthopaedic Spine Specialist of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16328-GC-JBD | Orthopaedic Spine Specialist of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16369-MAS-TJB | Orthopaedic Spine Specialist of NJ LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16464-ZNQ-JTQ | VIP Plastic Surgery, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-16713-RK-JBD | East Coast Plastic Surgery PLLC PA v. Aetna Life Insurance Company |
| 3:25-cv-16716-GC-TJB | Neurosurgical Associates of NJ v. Cigna Health and Life Insurance Company et al |
| 3:25-cv-17045-RK-JBD | Stephen A. Childyllo v. Nippon Life Insurance Company of America |
| 3:25-cv-17138-GC-TJB | VIP Plastic Surgery, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-17183-MAS-JTQ | Mid Atlantic Orthopedic Associates v. UMR |
| 3:25-cv-17257-ZNQ-TJB | NJ Advanced Surgical Solutions v. Horizon Blue Cross Blue Shield of New Jersey |

| | |
|---|---|
| 3:25-cv-17311-MAS-TJB | VIP Plastic Surgery, LLC v. Horizon Blue Cross Blue Shield of New Jersey |
| 3:25-cv-17367-ZNQ-TJB | Francesco Gargano MD PC v. Horizon Blue Cross Blue Shield of New Jersey |